**Opinion issued December 20, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00915-CR

————————————

## IN RE R.B., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

In this original proceeding, relator R.B. seeks mandamus review of three orders from the trial court: (1) the June 26, 2012 order denying his motion for a jury hearing pursuant to section 574.032 of the Mental Health Code and article 46.03 of the former Texas Code of Criminal Procedure; (2) the June 26, 2012 order requiring him to submit to court-ordered outpatient mental health treatment; and

(3) the December 21, 2011 order setting the conditions of community supervision.[1]

We deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1] The underlying proceeding is case No. 0690479, in the 184th District Court of Harris County, the Honorable Jan Krocker, presiding.